No. 81–1727.   MARCHESE ET AL. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 81–1740.   DAVIS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 81–1743.   SCHROEDER *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–1759.   FLYNN ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–5839.   HAYES *v.* HARRIS.   C. A. 2d Cir.   Certiorari denied.

No. 81–5857.   ABEITA *v.* GUTIERREZ ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–5873.   INNIS *v.* RHODE ISLAND.   Sup. Ct. R. I. Certiorari denied.

No. 81–5940.   CALVERT *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 81–5957.   CHOUINARD *v.* NEW MEXICO.   Sup. Ct. N. M.   Certiorari denied.

No. 81–5979.   GRIFFIN *v.* KENTUCKY.   Sup. Ct. Ky. Certiorari denied.

No. 81–5984.   BUSTILLOS *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 81–5989.   CAMPBELL ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.